UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 SEP 30  PM 3: 02
DISTRICT OF UTAH

```
- - - - - - - - - - - - x
                        :
In re:                  :
                        :
ELEVA INC.              :   Chapter 7
                        :
            Debtor.     :   Case No. 97-22299
                        :
- - - - - - - - - - - - :
                        X
```

### APPLICATION FOR UNCLAIMED FUNDS

The Claimant EPLO, creditor, hereby petitions the court for $197.71 which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due the creditor. The petitioner did not receive the dividend checks in the above case for the following reason:

The creditor CCI Mechanical Service did not receive the funds due to change of address. The claim was then transferred to Eplo.

The claimant's mailing address is:

Eplo
1939 S 1100 E
SALT LAKE CITY, UTAH 84106

I /We certify that on  9/30/09  I/we mailed a true & correct copy of this application for unclaimed funds to the United States Attorney at 185 South State Street , Suite 400 , Salt Lake City , Utah  84111

_____      Dated: 9/30/09

Mike Turner Trustee
Trustee for Eplo

A copy of a photo identification card showing petitioner's signature is required. Please redact any sensitive information before attaching the exhibit to the application



97-22299       2    10/25/04

| Name | Amount | Status | Code |
|---|---:|---|---|
| GINA S. FORSHEE | 654.60 | | 6047BK |
| BRAD L. KERR | 2,182.00 | PAID | 6047BK |
| STEVEN W. SMITH | 1,588.65 | PAID | 6047BK |
| KIRSTEN J. TURPIN | 545.50 | PAID | 6047BK |
| CHAD WILLIAMS | 787.16 | PAID | 6047BK |
| LUEANN G. WILLIAMS | 1,119.53 | PAID | 6047BK |
| SCOTT WILSON | 730.97 | PAID | 6047BK |
| ADX EXPEDITERS, INC. | 427.69 | | 6047BK |
| BLUE CROSS & BLUE SHIELD OF UT | 2,230.76 | | 6047BK |
| BETTY BARHAM | 108.84 | | 6047BK |
| CASSANDRA A. PERKINS | 43.64 | | 6047BK |
| CHERRIE C. PELOQUIN | 109.74 | | 6047BK |
| CLAUDETTE HOGUE | 169.93 | | 6047BK |
| GEORGIA DEPT. OF REVENUE | 108.99 | | 6047BK |
| GWENDOLYN Y. GRADY | 111.82 | | 6047BK |
| HEWLETT-PACKARD COMPANY | 1,063.97 | PAID | 6047BK |
| INGRAM MICRO | 169.63 | | 6047BK |
| KENNETH THOMPSON | 206.53 | | 6047BK |
| L. THOMAS FAHNER, SANDY LOHMAN/ | 64.26 | | 6047BK |
| LAURA F. HOGINS | 80.20 | | 6047BK |
| MONIX USA | 356.34 | | 6047BK |
| MALCOLM WARREN | 601.95 | PAID | 6047BK |
| NANCY BARRIOS | 155.69 | | 6047BK |
| O'NEIL STEWART | 200.64 | | 6047BK |
| STACEY HALE RAME | 107.69 | | 6047BK |
| STEVEN E. SCHWARTEN | 204.47 | | 6047BK |
| STOCKTON HILTON | 645.15 | | 6047BK |
| SUNFLOWER PHOTOS | 202.42 | | 6047BK |
| TEAMSTERS MASTER CARD | 886.46 | | 6047BK |
| VOW ENTERPRISES | 30.82 | | 6047BK |
| TOYSURE DISTRIBUTING | 210.60 | | 6047BK |
| CALVIN LAMONT JORDAN | 121.07 | | 6047BK |
| BOWLES | 305.17 | | 6047BK |
| ACCOUNTING SOLUTIONS | 435.40 | | 6047BK |
| ACCTRONIX CORPORATION | 248.21 | | 6047BK |
| ALARON, INC. | 1,763.60 | PAID | 6047BK |
| AT&T WIRELESS SERVICES | 49.72 | | 6047BK |
| ABBEY MACIAS | 87.46 | | 6047BK |
| ANNA D. EATON | 28.41 | | 6047BK |
| ANNELIESE M. KLEMSTINE | 108.84 | | 6047BK |
| BILINDA B. DOVER | 203.47 | | 6047BK |
| BRENDA PROAPS | 227.11 | | 6047BK |
| BRENT BUELO | 61.24 | | 6047BK |
| CARMEN F. LAFALLE | 296.74 | | 6047BK |
| CCI MECHANICAL SERVICE | 195.71 | | 6047BK |
| C.J. ENTERPRISES | 38.61 | | 6047BK |
| CONCORD CAMERA CORP. | 4,103.83 | PAID | 6047BK |
| CONNIE RING | 43.45 | | 6047BK |
| CYNTHIA J. DUCOTE | 305.26 | | 6047BK |
| DAVID CLARK | 58.57 | | 6047BK |
| DESIGN PACKAGING, INC. | 758.29 | | 6047BK |

Page 137

## TRANSFER & WAIVER OF NOTICE OF TRANSFER OF CLAIM

_____CCI MECHANCIAL_____ ("Seller/Transferor") for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Eplo ("Buyer/Transferee") all rights, title and interest in and to Seller 's claim which is described in the Claim Purchase Agreement dated ___9/22___,2009.

Proof of claims with respect to the accounts may have been filed under any of the following names:

_____CCI MECHANCIAL_____

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Joint Notice of Transfer of Claim filed by Transferee. I will deliver any correspondence or payment received after the date of this agreement and any supporting materials needed (if requested by EPLO) documenting the claim.

Transferor specifically waives the right to receive notice of and right to object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Joint notice of transfer of claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEROF, Transferor has executed this waiver this 25 day of September 2009.

Authorized Signature: _Curt J. Tate_

Print Name: _Curtis J. Tate_

Good for 1 claim during fourth quarter 2009.



Case 97-22299    Doc 512    Filed 09/30/09    Entered 10/01/09 07:50:27    Desc Main
Document    Page 4 of 4