**The below described is DENIED.**




**Dated: July 21, 2010**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :
                              :
ELEVA INC.                    :   Chapter 7
                              :
          Debtor(s)           :   Case No. 97-22299
- - - - - - - - - - - - - - - :
                              x
```

2009 SEP 30 PM 3:02
DISTRICT OF UTAH
FILED IN THE UNITED STATES BANKRUPTCY COURT

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check made payable to <u>CCI Mechancial Service</u> in the amount of <u>195.71</u> was not charged against the bank account of the debtors estate within the 90 day limit pursuant to 11 U.S.C. § 347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the clerk, United States Bankruptcy Court, and

It further appearing that CCI Mechanical Service transferred it's claim to EPLO,

It further appearing that <u>EPLO</u> now claims the above monies in the petition attached hereto,

IT IS ORDERED the clerk of the Bankruptcy Court pay the sum of <u>$195.71</u> to,

<u>EPLO</u>
<u>1939 S 1100 E</u>
<u>SALT LAKE CITY, UTAH 84106</u>


Dated:_____

\_
_____